# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of November, two thousand twenty-one.

Before:     Debra Ann Livingston,
                 *Chief Judge,*
            Amalya L. Kearse,
            Eunice C. Lee,
                 *Circuit Judges.*

Michael Kane, William Castro, Margaret Chu, Heather Clark, Stephanie Di Capua, Robert Gladding, Nwakaego Nwaifejokwu, Ingrid Romero, Trinidad Smith, Amaryllis Ruiz-Toro,

       *Plaintiffs - Appellants*,

v.

Bill de Blasio, in his official capacity as Mayor of the City of New York, David Chokshi, in his official capacity of Health Commissioner of the City of New York, New York City Department of Education,

       *Defendants - Appellees.*

**JUDGMENT**

Docket No. 21-2678

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that order of the district court is VACATED. The Defendants are ENJOINED consistent with the terms of the November 14, 2021 Motions Panel Order. The case is REMANDED for further proceedings consistent with this opinion, making clear that the district court may alter the terms of the preliminary relief we have ordered or set them aside, as circumstances and further development of the record may require.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

